Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, A PROFESSIONAL LAW CORPORATION**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.H. and S.I., <br><br> v. <br><br> CHART, Inc., | Case No. 3:20-cv-05090-JCS <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs S.H. and S.I. voluntarily dismiss this single case only (Case No. 3:20-cv-05090), without prejudice. This dismissal is not intended to affect Plaintiffs' claims in any other related action, and is limited to dismissal without prejudice of the claims in Case No. 3:20-cv-05090, which was filed in error. Attached as Exhibit A is the application for refund, which was approved on November 9, 2020.

Dated: November 10, 2020                     Respectfully submitted,

                                             By:   */s/ Adam B. Wolf*

                                             Adam B. Wolf (State Bar No. 215914)
                                             Tracey B. Cowan (State Bar No. 250053)
                                             **PEIFFER WOLF CARR KANE & CONWAY,
                                             A PROFESSIONAL LAW CORPORATION**

4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com